Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiffs
Rebecca Padilla and Kimberly Owens

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA PADILLA and KIMBERLY OWENS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE WHITEWAVE FOODS COMPANY dba WHITEWAVE SERVICES, INC., a Delaware corporation; DANONE US, LLC, a Delaware limited liability company; and DANONE NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:18-cv-09327-JAK-JC<br><br>Hon. John A. Kronstadt<br><br>**JOINT STIPULATION TO AMEND COMPLAINT TO NAME PROPER DEFENDANTS AND DISMISS IMPROPERLY NAMED DEFENDANTS WITHOUT PREJUDICE**<br><br>Complaint Filed:  October 31, 2018<br>Trial Date:          None Set |

Plaintiffs REBECCA PADILLA and KIMBERLY OWENS, individually and on behalf of a class of similarly situated individuals ("Plaintiffs") and Defendants THE WHITEWAVE FOODS CO. d/b/a WHITEWAVE SERVICES, INC.; DANONE US, LLC; and DANONE NORTH AMERICA, LLC ("Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree to the following:

**WHEREAS**, on October 31, 2018, Plaintiffs filed the above-captioned class action lawsuit (the "Action") alleging various consumer protection claims against Defendants;

**WHEREAS**, on December 21, 2018, Defendants' counsel informed Plaintiffs' counsel that the currently-named Defendants are indirect affiliated companies which do not directly manufacture, distribute, or sell the Vega products at issue in Plaintiffs' complaint, and that the proper defendants are Sequel Naturals ULC and Vega US, LLC;

**WHEREAS**, as a result of those discussions and representations made by Defendants, Plaintiffs have agreed to dismiss The WhiteWave Foods Co. d/b/a WhiteWave Services, Inc., Danone US, LLC, and Danone North America, LLC without prejudice from this Action but reserve their right to subsequently rename any or all of those entities as a party to this Action, if appropriate or necessary;

**WHEREAS**, no consideration, direct or indirect, has been or will be given for the dismissal;

**WHEREAS**, Sequel Naturals ULC, and Vega US, LLC by and through their counsel, has confirmed that they are the properly named defendants in this Action; and

**WHEREAS**, nothing in this Stipulation is intended to constitute or imply any admission of liability or wrongdoing by any party in the Action.

The Parties, **THEREFORE**, agree and stipulate to the following, subject to the Court's approval:

1. The WhiteWave Foods Co. d/b/a WhiteWave Services, Inc., Danone US, LLC, and Danone North America, LLC are dismissed without prejudice from this Action; and

2. Plaintiffs shall file an amended complaint on or before January 25, 2019, to add Sequel Naturals ULC and Vega US, LLC as defendants.

Dated:  January 15, 2019               Respectfully submitted,

                                       Capstone Law APC


                                       By:   /s/ Tarek H. Zohdy
                                             Tarek H. Zohdy
                                             Trisha K. Monesi
                                             Cody R. Padgett

                                       Attorneys for Plaintiffs


Dated:  January 15, 2019               DLA PIPER US LLP


                                       By:   /s/Angela C. Agrusa
                                             Angela C. Agrusa

                                       Attorneys for Defendants